IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| LOUIS F. TRAUTH, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:13-CV-0224-RWS |
| FOREST LABORATORIES, INC., | : |
| *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [11] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation and Plaintiff's Objections [14] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's federal claims are hereby **DISMISSED**, and the Court declines to exercise its supplemental jurisdiction over Plaintiff's state law claims. The Clerk shall close the case.

**SO ORDERED**, this   22nd   day of January, 2014.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)